MCGREGOR W. SCOTT
United States Attorney
Kathleen A. Servatius
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>DANIEL SALAS,                     )<br>                                  )<br>            Defendant.            )<br>_____) | CASE NO. 1:06-CR-00271 AWI<br><br>ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: July 9, 2007<br>TIME: 9:00 a.m.<br>COURT: 3 |

     Good cause appearing, defendant Daniel Salas' sentencing hearing, currently set for July 9, 2007, is hereby continued to July 30, 2007 at 9:00 a.m. in courtroom 3 and that time is excluded pursuant to the Speedy Trial Act.

IT IS SO ORDERED.

**Dated:   June 20, 2007**                               /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

1