Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
DANIEL SALAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06 CR 00271 AWI |
| Plaintiff, | **ORDER EXONERATING PROPERTY BOND** |
| v. | |
| FRANCISCO REYNAGA, DANIEL SALAS and JAIME SALAS, | |
| Defendants. | |

GOOD CAUSE APPEARING, upon the voluntary surrender of Daniel Salas at the time of his entry of his guilty plea, and all previous court appearances having been made, the property bond posted by his family for Daniel Salas is hereby ordered exonerated.

IT IS SO ORDERED.

**Dated:   September 18, 2007**          /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

ORDER EXONERATING PROPERTY BOND